# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-1650

Bruce W. Majer, et al v. Sonex Research Inc, et al

05-cv-00606

## ORDER

FILED
OCT 16 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: October 15, 2008

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc: Francine F. Griesing, Esq.
    Peter J. Weidman, Esq.